**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jason Michael Bankston, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING MID-DISCOVERY** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Michael Chertoff, Secretary, U.S. | ) | Case No. 1:05-cv-124 |
| Department of Homeland Security, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

___

**IT IS ORDERED:**

The court shall hold a mid-discovery status conference on Friday, June 30, 2005, at 9:00 a.m. CST. The conference shall be held by telephone conference call, with the conference call being initiated by the court.

In compliance with the Civil Justice Expense and Delay Reduction Plan implemented by the U.S. District Court for the District of North Dakota pursuant to the Civil Justice Reform Act of 1990 ("CJRA"), this conference shall serve, but not be limited to, the following main purposes: (1) define or refine issues for trial; (2) explore possible limits on the number and type of witnesses, particularly experts; (3) explore settlement prospects or whether to revisit ADR options; and (4) voice problems and concerns about the pretrial process, to include discovery and the deadlines set by the Scheduling/Discovery ORDER.

At the conference, the Court will take the opportunity to monitor counsels compliance with pretrial directives and make any necessary adjustments to pretrial deadlines or direct that appropriate motions for adjustment be made.

Dated this 22nd day of March, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge